**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| **MATT A. ROGERS,** *individually and on behalf of all others similarly situated*, | Case No. 2:16-cv-999 |
| **Plaintiff,** | Judge James L. Graham<br>Magistrate Judge Kimberly A. Jolson |
| v. | |
| **SWEPI LP,** *et al.*, | |
| **Defendants.** | |

### NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff and its counsel hereby give notice that the above-styled action is voluntarily dismissed without prejudice against the Defendants. This notice of dismissal is being filed with the Court before service of either an answer or a motion for summary judgment by Defendants in this action.

Dated:  October 22, 2020

Respectfully submitted,

 /s/ Shawn J. Organ
Shawn J. Organ (0042052)
  *Trial Attorney*
**Organ Law LLP**
1330 Dublin Road
Columbus, Ohio 43215
sjorgan@organlegal.com
(614) 481-0900 (T)
(614) 481-0904 (F)

Robert S. Safi (Admitted *pro hac vice*)
Chanler A. Langham (Admitted *pro hac vice*)
Susman Godfrey LLP
1000 Louisiana Street, Suite 5100
Houston, Texas 77002
rsafi@susmangodfrey.com
clangham@susmangodfrey.com
(713) 653-7850 (T)
(713) 654-6666 (F)

Ian M. Gore (Admitted *pro hac vice*)
SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, Washington 98101
igore@susmangodfrey.com
(206) 516-3841 (T)
(206) 516-3833 (F)

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

This is to confirm that a copy of the foregoing was electronically filed on October 22, 2020. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system, and the filing may be accessed through that system.

*/s/ Shawn J. Organ*

*Attorney for Plaintiff*